### Saffin agᵗ Middlecott etc.

John Saffin plaint. agᵗ Richard Middlecott and John Walley or either of them Defendᵗˢ in an action of the case for witholding of the Summe of thirteen pounds in mony due to him the sᵈ John Saffin by ingagemᵗ under the hands and Seales of them the sᵈ Middlecott and Walley bearing date Januʳʸ 27° 1676. being for paymᵗ of Rent due for a certain warehouse hired by Jacob Jesson of sᵈ Saffin with all other due damages etc. . . . The Jury . . . found for the Defendᵗˢ costs of Court.